# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-557-VAP (FMOx)                                Date:  April 28, 2009

Title:        SELENE CORNEJO -v- LENDING 1ST MORTGAGE, LLC et al.
=================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|   Marva Dillard     |   None Present    |
|   Courtroom Deputy  |   Court Reporter  |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER: (1) GRANTING MOTION TO DISMISS WITHOUT PREJUDICE; (2) VACATING MAY 11, 2009 HEARING (IN CHAMBERS)

   The Court has received and considered all papers filed in support of Defendant Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank, F.S.B.'s (erroneously sued as Mortgage Electronic Registration System, Inc.) ("Defendant") Motion to Dismiss ("Motion").  Defendant's Motion is appropriate for resolution without oral argument.  See Fed. R. Civ. P. 78; Local R. 7-15.

   Defendant filed its Motion on March 26, 2009 to be heard on May 11, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Selene Cornejo ("Plaintiff") is represented by counsel.  Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Plaintiff's claim is dismissed without prejudice.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                              Initials of Deputy Clerk dts
CIVIL -- GEN                       Page 1