1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SELENE CORNEJO, | Case No. EDCV 09-557-VAP (FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LENDING 1ST MORTGAGE, LLC, (a California corporation); WESTERN RESOURCES TITLE COMPANY (a California corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., (a California corporation); and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, F.S.B. (ERRONEOUSLY SUED AS MORTGAGE ELECTRONIC

REGISTRATION SYSTEM, INC.) is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge